| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE NOBLE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF NOBLE | ) | CAUSE NO.________________________ |

BRAD A. CARTEAUX, )
Plaintiff, )
v. )

TOWN OF ROME CITY,
TOWN OF WOLCOTTVILLE,
NOBLE COUNTY SHERIFF,
TOWN MARSHLL PAUL HOFFMAN,
JOHNNY RICHIE, NATHAN RODENBECK,
ZAREK FINLEY,ALEX VICE,
ADAM BAILEY, CAREY CONEY,
UNKNOWN CITY OF KENDAVILLE OFFICER
and UNKNOWN ROME CITY OFFICER,

Defendants. )

## **COMPLAINT**

Comes now Brad A. Carteaux, by counsel, and alleges against the Defendants as follow:

1. The Plaintiff is Brad A. Carteaux, a resident of Kendallville, Indiana at all material times to this Complaint.

2. The Defendants include the Town of Rome City, Town of Wolcottville, and Noble County Sheriff, who are named in their representative capacity. At all material times to this Complaint, the Defendant's, and each of them, employed law enforcement personnel who subjected the Plaintiff to detention without probable cause and/or state tort battery, in violation of the Plaintiff's rights under the laws and public policies of the state of Indiana. The Defendants and each of them, are

liable to the Plaintiff for the state torts committed against him by their employees, under the doctrine of *Respondeat Superior*.

3. Individually named Defendants include the Rome City Town Marshal Paul Hoffman, Noble County Sheriff's Deputy Officer __________ Finley (first name unknown), and Noble County Sheriff's Officers Johnny Ritchie, Nathan Rodenbeck, Zarek Finley, Alex Vice, Adam Bailey, Carey Coney, and each of them, who are named in their individual capacity pursuant to 42 U.S.C. § 1983. At all material time to this Complaint, the individually named Defendants, and each of them, were acting within the scope of their employment and under color of law when they subjected the Plaintiff to excessive force and/or arrest without probable cause, subjecting the plaintiff to an unreasonable seizure in violation of his federally protected rights under the Fourth Amendment to the United States Constitution and 42 U.S.C § 1983. In the alternative, the Defendants, and each of them, witnessed their fellow law enforcement personnel violating the Plaintiffs Fourth Amendment rights, but failed to intervene on the Plaintiff's behalf in spite of having a meaningful opportunity to do so. Additionally, the Plaintiff alleges that Defendant Hoffman subjected him to excessive force in violation of his Fourth Amendment right to be free from unreasonable seizure.

4. Also named as Defendants is Unknown City of Kendallville Police Officer John Doe/Jane Doe, and Unknown Rome City Police Officer John Doe, and each of them, who are named in their individual capacity pursuant to 42 U.S.C § 1983. At all material time to this Complaint, the Unknown City of Kendallville Police

Officer and Unknown Rome City Police Officer, were acting within the scope of their employment and under color of law when:

a) Defendant Unknown City of Kendallville Officer John Doe/Jane Doe subjected the Plaintiff to an unlawful invasion of his home, and unreasonable seizure of his property, in violation of the Plaintiff's right to be free from unreasonable searches and seizures under the Fourth Amendment to the United States Constitution and 42 U.S.C § 1983.

b) Defendant Unknown Rome City Police Officer John Doe approached and stopped the

Plaintiff when there was no reasonable suspicion nor probable cause to believe that the Plaintiff was committing any crime, in violation of the Plaintiff's right to be free from unreasonable seizure under the Fourth Amendment to the United States Constitution and 42 U.S.C § 1983.

5. The Plaintiff issued a Tort Claim Notice on March 11, 2021, a copy of which is attached hereto, incorporated herein, and made a part hereof as Exhibit "A". All required administrative remedies have been exhausted, and all jurisdictional prerequisites have been met for the filing of this lawsuit.

6. On December 4, 2020, Defendant Unknown City of Kendallville Police Officer John Doe/Jane Doe went to the Plaintiff's home in Kendallville Indiana, and permitted Plaintiff's ex-wife, who did not live there, to enter the home and remove the Plaintiff's personal property without his consent, without his permission.

Defendant Unknown Kendallville Officer John Doe/Jane Doe also had no court order nor warrant authorizing their own or the ex-wife's entry, search of the home, or seizure of the Plaintiff's property therein.

7. Two days later, on December 6, 2020, Defendant Unknown Rome City Police Officer John Doe approached the Plaintiff, when the Plaintiff was present in an area opened to the public, that was also public property. Without reasonable suspicion nor probable cause to believe that the Plaintiff was committing any crime, the Unknown Rome City Police Officer demanded that the Plaintiff produce identification, under threat of arrest. The Plaintiff was then forced to leave, even though he was committing no crime, was

not violating any ordinance, and was doing nothing to threaten or harm anyone.

8. On or about December 8, or December 9, 2020, the Rome City Town Marshal Hoffman approached the Plaintiff at a time when there was no reasonable suspicion, nor probable cause to believe the Plaintiff had committed a crime, and there was no reason to believe the Plaintiff was physically threatening anyone. During the encounter, the Rome City Town Marshal Hoffman struck the Plaintiff in the chest, while the Plaintiff was standing in the Rome City Town Hall parking lot.

9. On or about December 26, 2020, Noble County Sheriff Deputy Nate Rodenbeck approached the Plaintiff while the Plaintiff sat in his vehicle, in the parking lot of the Bashful Giraffe Daycare Center in Rome City Indiana. The Plaintiff was sitting in his vehicle, awaiting the appointed time for picking up his children; the "picking up" of his kids was to take place in the Rome City Police Department

parking lot, which was just across the street from the daycare parking lot. The Plaintiff was doing nothing to violate any ordinances, judicial orders, or criminal law when Deputy Rodenbeck approached him.

10. After initially speaking with the Plaintiff, Defendant Rodenbeck, Town of Wolcott law enforcement employee Corporal Zerak Finley, and Noble County Sheriff's officers and/or Town of Rome City police officers Johnny Ritchie, Alex Vice, Adam Bailey, and Sgt Carey Coney detained the Plaintiff and formally arrested him for alleged criminal trespass.

11. On June 28, 2022, the Plaintiff's criminal trespass charge was dismissed by the Noble County Superior Court, in Cause No. 57D02-2012-CM-000844.

12. The Plaintiff contends that the individually named Defendants, and each of them subjected him to violation of his federally protected rights to be free from unreasonable seizures and/or unreasonable searches, in violation of the Fourth Amendment to the United States Constitution and 42 U.S.C. § 1983. The unlawful and unconstitutional conduct of the Defendants, and each of them, was the direct and proximate cause of the Plaintiff suffering the wrongful loss of his freedom and liberty, the loss of the value and use of his personal property, and also subjected the Plaintiff to inconvenience, mental anguish, emotional distress, and other damages and injuries.

13. The Plaintiff also contends that Rome City Town Marshal Hoffman subjected him to excessive force, in violation of his right to be free from unreasonable seizure Fourth Amendment and 42 U.S.C. § 1983.

14. The Defendants Town of Rome City, City of Kendallville, Town of Wolcottville, and Noble County Sheriff, and each of them, are liable for the state torts of their respective employees that subjected the Plaintiff to theft/conversion and trespass on December 4, 2020, battery on December 8, or 9, 2020, and/or false arrest/false imprisonment on December 26, 2020, in violation of the Plaintiff's rights under the laws and public policies of the state of Indiana.
15. The complained of misconduct of the individually named Defendants, and each of them, was intentional, knowing, willful, wanton, and in reckless disregard of the Plaintiff's federally protected rights under the Fourth Amendment and § 1983, justifying and imposition of punitive damages (were available).
16. In the alternative Defendants Rodenbeck, Coney, Ritchie, Finley, Vice, Bailey, and each of them, are liable for violating the Plaintiff's right to be free from false arrest and unreasonable seizure, because they stood by and watched as the Plaintiff's Fourth Amendment rights were violated by their fellow law enforcement employees on December 26, 2020, but failed to intervene on the Plaintiff's behave to stop the rights violation. These Defendants and each of them, therefore, are liable to the Plaintiff for the rights violations based upon bystanders' liability.

WHEREFORE, Plaintiff by counsel, respectfully request judgement against the Defendants, and each of them, for compensatory damages, punitive damages (were available), reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

**JURY DEMAND**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS SMITH WALLACE, LLP**

*/s/Christopher C. Myers*

Christopher C. Myers, # 10043-02
Ilene M Smith, #22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
*Counsel for Plaintiff*

**CHRISTOPHER C. MYERS & ASSOCIATES**
LAW OFFICES
809 S. Calhoun Street, Suite 400 • Fort Wayne, IN 46802
(260) 424-0600 • (260) 424-0712

CHRISTOPHER C. MYERS
ILENE M. SMITH

cmyers@myers-law.com
ismith@myers-law.com

March 11, 2021

EXHIBIT A

Town of Rome City
c/o Highest Public Official
402 Kelly Street
Rome City, Indiana 46784

Town of Wolcottville
c/o Highest Public Official
104 W. Race Street
Wolcottville, Indiana 46795

Max C. Weber, Sheriff
Noble County Sheriff's Department
210 S. 7th Street
Albion, Indiana 46701

Lance Waters, Chief of Police
Kendallville Police Department
234 S. Main Street
Kendallville, Indiana 46755

SuzAnne Handshoe, Mayor
City of Kendallville
234 S. Main Street
Kendallville, Indiana 46755

***Re: Tort Claim Notice of Brad A. Carteaux***

**TORT CLAIM NOTICE**

Dear Public Officials:

This letter constitutes the Tort Claim Notice of Brad A. Carteaux.

**Date and Place of Loss:**

On December 4, 2020, at 901 S. State Street, Kendallville, Indiana 46755, the Kendallville Police Department allowed Jazalynn Carteaux to invade Claimant's home and steal many household items, despite the fact that Jazalynn Carteaux did not have a contractual interest in the property.

On December 6, 2020, the Rome City Police Department forced Claimant to provide identification under threat of arrest and made him leave public property under threat of arrest, even though Claimant had committed no criminal violation and no ordinance violation and no infraction. In December 2020, a Rome City Town Marshall struck the Claimant in the chest without cause or reason and committed battery and excessive force, and this happened on December 8 or 9 at the town hall parking lot.

On or about December 26, 2020, the Noble County Sheriff Deputies and Officer Finley of the Wolcottville Police Department, arrested the Claimant for allegedly being on private property, but he was on public property. He was arrested at approx. 5:50 p.m., taken to the Noble County Jail, and then released about 8:15 p.m.

**Circumstances of Loss:**

In addition to the information discussed above, the following circumstances make up Claimant's tort claims.

- On December 4, 2020 the Kendallville Police Department allowed Claimant's house to be invaded by a trespasser (Jazalynn Carteaux) who stole items from Claimant's home when the Kendallville Police Department had a duty to protect Claimant's home and the content therein, and they did so intentionally and in reckless disregard of Claimant's property interests in his home and the contends therein.
- As against the Town of Rome City and its Marshall, the Marshall struck the Claimant in the chest on or about December 8 or 9, 2020 and committed battery and excessive force under 42 U.S.C. § 1983 and the Fourth Amendment of the United States Constitution.
- As against the Town of Rome City and the Town of Wolcottville (Officer Corporal Finley) Claimant was arrested on or about December 26, 2020 for criminal trespass, when in fact Claimant was on a public easement. Claimant was falsely arrested, maliciously prosecuted because his van/truck and trailer were on a public easement and not on private property belonging to Bashful Giraffe Day Care in Rome City Indiana.

**Names of All Persons Involved (If Known):**

Claimant Brad A. Carteaux
Rome City Town Marshall
Town of Wolcottville Marshall
Officer Corporal Finley of Wolcottville
Noble County Sheriff and Deputies
Heidi and Tom Millington
Jazalynn Carteaux

**Request for Preservation of Evidence/"Litigation Hold":**

Claimant requests that the Town of Rome City, the Town of Wolcottville, the Noble County Sheriff, and the Kendallville Police Department save and preserve all body cam videos, police car videos, Rome City Town Hall videos, and any and all photographs and

videos of the events listed above for the dates of December 4, 2020, December 6, 2020, December 8 and 9, 2020, December 26, 2020.

**Damages/Injuries:**

Many of Claimant's personal property items and other possessions were taken out of Claimant's home in Kendallville Indiana on December 4, 2020.

Claimant experienced physical pain and emotional distress as a result of being hit by the Rome City Town Marshall.

Claimant was falsely detained, arrested, and maliciously prosecuted as a result of the events of December 26, 2020.

**Relief Requested:**

Claimant requests compensatory damages, punitive damages, reasonable attorney's fees and costs -- in an amount consistent with the evidence and as allowed by the laws of the state of Indiana as well as federal law.

**Address of Claimant:**

Both at the time of the incident, and presently, Claimant's address is and has been 901 S. State Street, Kendallville, Indiana 46755.

Respectfully,

CHRISTOPHER C. MYERS & ASSOCIATES

Christopher C. Myers

CCM/lkk